RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>　　　　　　Plaintiff,<br><br>Vs.<br><br>Old Sec Pac Office LLC, et al., and Does 1 to 50 inclusive,<br><br>　　　　　　Defendants. | Case Number C15-0448<br><br>STIPULATION TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION AND (Proposed) ORDER |

Comes now plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard Mac Bride, and defendant Old Sec Pac Office LLC, through its counsel of record Jason G. Gong, and defendants Huong Tra Vietnamese Rest. & Deli, Inc. and Estela Lima dba Tempero Goianero Restaurant, through their counsel of record Andrew W. Shalaby, to stipulate as follows:

WHEREAS, the Scheduling Order in this case issued on February 2, 2015 sets the last day for the joint inspection of the premises under General Order No. 56 as May 18, 2015; and

WHEREAS, the parties stipulated to extend the time to July 2, 2015, and the Court granted such extension; and

WHEREAS, the parties have been unable to agree on a date for the inspection prior to the new stipulated deadline of July 2, 2015 at which all parties and their counsel can attend, due to scheduling conflicts and other matters, and the parties wish to have more time to set up the inspection, and in addition the parties are presently exchaging substantial settlement proposals;

NOW THEREFORE, the parties hereby stipulate that the deadline to conduct the joint inspection be postponed for 30 days, to August 2, 2015, in order to give time to carry forward the present

settlement discussions and in order to find an inspection date that is feasible for all parties and counsel prior to the new deadline of August 2, 2015.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio                    7/1/2015

Shalaby Law Office – By: Andrew W. Shalaby /s/ Andrew W. Shalaby

Attorney for defendants Huong Tra Vietnamese Rest. & Deli, Inc. and Estela Lima dba Tempero Goianero Restaurant

                                                                        7/1/2015

Law Office of Jason G. Gong – By: Jason G. Gong /s/ Jason G. Gong

Attorney for defendant Old Sec Pac Office LLC

                                                                        7/1/2015

ORDER FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION

Having considered the parties' Stipulation for Extension of Time to Conduct a Joint Site Inspection, and for good cause appearing, it is hereby ORDERED:

1. That the last day for the parties to hold a joint inspection of the premises, without or without meeting and conferring regarding settlement, is reset for August 2, 2015;
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

Date: July 13, 2015

Maria-Elena James
United States Magistrate Judge